IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-CV-00435-REB-MJW

MARTIN C. CARO-VILLALOBOS, a/k/a MARTIN CARO,

Plaintiff,

v.

HECTOR E. ISLAS-ASCENCIO, EEE TRANSPORT, INC., a California corporation, and SUPERIOR TRUCK SERVICES, INC., a California corporation,

Defendants.

---

**ORDER GRANTING STIPULATED MOTION FOR MODIFICATION OF SCHEDULING ORDER** (Docket No. 27)

---

THIS MATTER, having come before the Court on the parties Stipulated Motion for Modification of Scheduling Order, and the Court being fully advised hereby FINDS AND ORDERS that good cause has been shown and the Motion is granted. The Scheduling Order dated (Amended) dated May 12, 2010, *nunc pro tunc*, May 10, 2010 is modified as to the disclosure of Fed. R. Civ. P. 26(a)(2) expert witnesses as follows:

a. The Parties shall designate all experts and provide opposing counsel and any *pro se* party with all information specified in Fed. R. Civ. P. 26(a)(2) on or before August 24, 2010.

b. The Parties shall designate all rebuttal experts and provide opposing counsel and any *pro se* party with all information specified in Fed. R. Civ. P. 26(a)(2) on or before September 24, 2010.

10-cv-00435-REB-MJW

DONE THIS 30th day of June, 2010.

BY THE COURT:

MICHAEL J. WATANABE,
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

*[signature: Michael J. Watanabe]*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO