**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-00435-REB–MJW

MARTIN C. CARO-VILLALOBOS, a/k/a MARTIN CARO,

    Plaintiff,
v.

HECTOR E. ISLAS-ASCENCIO,
EEE TRANSPORT, INC., a California corporation, and
SUPERIOR TRUCK SERVICES, INC., a California corporation,

    Defendants.

## MINUTE ORDER[1]

    The matter is before the court on the parties **Stipulated Motion To Vacate Trial Date, Reschedule New Trial Date and Establish New Deadlines** [#33] filed August 10, 2010. The motion is **DENIED** without prejudice. Judge Watanabe is directed to set a status conference in this matter to discuss the issue of resetting the deadline for expert disclosures.

    Dated: August 11, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.