IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00435-REB-MJW

**MARTIN C. CARO-VILLALOBOS, a/k/a MARTIN CARO,**

**Plaintiff,**

v.

**HECTOR E. ISLAS-ASCENCIO,
EEE TRANSPORT, INC., a California corporation, and
SUPERIOR TRUCK SERVICES, INC., a California corporation**

**Defendants.**

---

### ORDER GRANTING DEFENDANTS
### EEE TRANSPORT AND SUPERIOR TRUCK SERVICES
### MOTION TO MODIFY SCHEDULING ORDER ( Docket No 49 )

---

THIS MATTER having come before the Court on Unopposed Motion by Defendants EEE Transport and Superior Truck Services to Modify Scheduling Order and the Court being advised, ORDERS that

a. No later than by January 5, 2011, EEE Transport may serve up to ten interrogatories and up to ten requests for production to plaintiff regarding the new allegations in amended complaint;

b. Plaintiff will respond to said written discovery within twenty (20) days of service (the shortened response time is needed to facilitate scheduling of depositions of persons identified in the responses);

c. EEE Transport may depose persons (expert witnesses plus no more than five fact witnesses) identified in plaintiff's response to said written discovery, with such depositions completed no later than February 28, 2011.

DONE this 5TH day of January, 2011.

BY THE COURT

*[signature]*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO