**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-00435-REB–MJW

MARTIN C. CARO-VILLALOBOS, a/k/a MARTIN CARO,

      Plaintiff,

v.

HECTOR E. ISLAS-ASCENCIO,
EEE TRANSPORT, INC., a California corporation, and
SUPERIOR TRUCK SERVICES, INC., a California corporation,

      Defendants.

---

**MINUTE ORDER**

---

The matter is before the court on the **Unopposed Motion (By Plaintiff) To Allow Responses in Excess of Page Limitations and To Set Aside Minute Order Entered March 7, 2011** [#79] filed March 15, 2011.  The motion is **GRANTED** in part. Plaintiff may file a single unitary response of no more than 30 pages.  If plaintiff can not conform his response to this requirement, plaintiff must make a **detailed** and **specific** showing of good cause as to why additional pages are required.

Dated:  March 15, 2011