**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-00435-REB–MJW

MARTIN C. CARO-VILLALOBOS, a/k/a MARTIN CARO,

    Plaintiff,

v.

HECTOR E. ISLAS-ASCENCIO,
EEE TRANSPORT, INC., a California corporation, and
SUPERIOR TRUCK SERVICES, INC., a California corporation,

    Defendants.

**ORDER OF DISMISSAL AS TO
DEFENDANT SUPERIOR TRUCK SERVICES, INC., ONLY**

**Blackburn, J.**

The matter is before me on the **Stipulation To Dismiss Defendant Truck Services, Inc. Without Prejudice** [#89] filed April 4, 2011.  After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that plaintiff's claims against defendant, Superior Truck Services, Inc., should be dismissed without prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation To Dismiss Defendant Truck Services, Inc. Without Prejudice** [#89] filed April 4, 2011, is **APPROVED**;

    2.  That plaintiff's claims against defendant, Superior Truck Services, Inc., are **DISMISSED WITHOUT PREJUDICE** with the parties to pay their own attorney fees and costs; and

3. That defendant, Superior Truck Services, Inc., is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated April 5, 2011, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge