IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00435-REB-MJW

MARTIN C. CARO-VILLALOBOS, a/k/a MARTIN CARO,

Plaintiff(s),

v.

HECTOR E. ISLAS-ASCENCIO,
EEE TRANSPORT, INC., and
SUPERIOR TRUCK SERVICES, INC.,

Defendant(s).

ORDER AND RECOMMENDATION

Entered by Magistrate Judge Michael J. Watanabe

That as to the Unopposed Motion by Plaintiff to Extend Time to File Response to EEE Transport, Inc.'s Motion for Summary Judgment on Claim for Punitive Damages and to Extend Discovery Deadline to Take Single Deposition (docket no. 91), the portion of this motion requesting an extension of time to take the deposition of Defendant Hector Islas-Ascencio is GRANTED. Plaintiff shall have up to and including May 23, 2011, to depose Defendant Hector Islas-Ascencio.

As to the portion of the subject motion (docket no. 91) requesting until May 23, 2011, to file a Response to Defendant EEE Transport's Motion for Summary Judgment (docket no. 84), I RECOMMEND to Judge Blackburn that he grant this relief and allow Plaintiff up to and including May 23, 2011, in which to file any response to Defendant EEE Transport's Motion for Summary Judgment (docket no. 84).

**NOTICE: Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b)(2), the parties have fourteen (14) days after service of this recommendation to serve and file specific written objections to the above recommendation with the District Judge assigned to the case. A party may respond to another party's objections within fourteen (14) days after being served with a copy. The District Judge need not consider frivolous, conclusive, or general objections. A party's failure to file and serve such written, specific objections waives *de novo* review of the recommendation by the District Judge, <u>Thomas v. Arn</u>, 474 U.S. 140, 148-53 (1985), and also waives appellate review of both factual and legal questions. <u>Makin v.</u>**

**Colorado Dep't of Corrections**, 183 F.3d 1205, 1210 (10th Cir. 1999); **Talley v. Hesse**, 91 F.3d 1411, 1412-13 (10th Cir. 1996).

SIGNED AND DATED THIS 11TH DAY OF APRIL, 2011

BY THE COURT:

s/Michael J. Watanabe
MICHAEL J. WATANABE
US MAGISTRATE JUDGE