**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-00435-REB–MJW

MARTIN C. CARO-VILLALOBOS, a/k/a MARTIN CARO,

    Plaintiff,

v.

HECTOR E. ISLAS-ASCENCIO, and
EEE TRANSPORT, INC., a California corporation,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Stipulation For Dismissal With Prejudice** [#100][1] filed June 2, 2011. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation For Dismissal With Prejudice** [#100] filed June 2, 2011, is **APPROVED**;

    2. That the Trial Preparation Conference set for June 24, 2011, is **VACATED**;

    3. That the jury trial set to commence July 11, 2011, is **VACATED**;

    4. That any pending motion is **DENIED** as moot; and

---

[1] "[#100]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

     5.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

     Dated June 2, 2011, at Denver, Colorado.

                            **BY THE COURT:**

                            *Bob Blackburn*
                            Robert E. Blackburn
                            United States District Judge